UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| In re: | HALL, FATEMEH | § | Case No. 11-31148 |
| | HALL, CHRIS C. | § | |
| | MOHIMI, LLC | § | |
| Debtor(s) | | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
7th Floor
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 04/24/2012 in Courtroom 742
, United States Courthouse Courthouse, 219 South Dearborn Street
Chicago, IL. 60604.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/20/2012            By:    Ira Bodenstein
                                          Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 662-2861

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: HALL, FATEMEH<br>　　　　HALL, CHRIS C.<br>　　　　MOHIMI, LLC<br>Debtor(s) | § Case No. 11-31148<br>§<br>§<br>§ |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $　　　10,150.41 |
| *and approved disbursements of* | $　　　　158.20 |
| *leaving a balance on hand of* [1] | $　　　9,992.21 |
| **Balance on hand:** | $　　　9,992.21 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $　　　0.00 |
| Remaining balance: | $　　　9,992.21 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,765.04 | 0.00 | 1,765.04 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $　　　1,765.04 |
| Remaining balance: | $　　　8,227.17 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $　　　0.00 |
| Remaining balance: | $　　　8,227.17 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 8,227.17 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 169,242.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nordstrom fsb | 3,753.18 | 0.00 | 182.45 |
| 2 | Atlas Acquisitions LLC | 13,878.27 | 0.00 | 674.65 |
| 3 | Discover Bank | 7,142.09 | 0.00 | 347.19 |
| 4 | FIA CARD SERVICES, N.A. (B of A) | 29,665.76 | 0.00 | 1,442.10 |
| 5 | JPMorgan Chase Bank, N.A. | 83,323.21 | 0.00 | 4,050.48 |
| 6 -2 | Canon Financial Services Inc | 7,197.37 | 0.00 | 349.88 |
| 7 | Creditone Llc (Original Creditor:Chase Bank | 24,282.61 | 0.00 | 1,180.42 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 8,227.17 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 662-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 11-31148-CAD
Fatemeh Hall                                                           Chapter 7
Chris C. Hall
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen                 Page 1 of 3            Date Rcvd: Mar 21, 2012
                              Form ID: pdf006              Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2012.
```
db          +Fatemeh Hall,    6031 S. Kimbark,    Chicago, IL 60637-2805
jdb        #+Chris C. Hall,    6031 S. Kimbark,    Chicago, IL 60637-2805
17607393    +Andrew Unterlack,    Scott H. Marcus & Associates,    121 Johnson Rd.,    Turnersville, NJ 08012-1758
17607395    +Canon Financial,    158 Gaither Rd.,    Mount Laurel, NJ 08054-1716
17849904    +Canon Financial Services Inc,    c/o Scott H. Marcus & Assoc.,    121 Johnson Rd.,
              Turnersville, NJ 08012-1758
17607396    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
17607398    +Creditone Llc (Original Creditor:Ch,    Po Box 625,    Metairie, LA 70004-0625
17607400    +Douglas Johnson,    312 N. Clark,    5th Flr.,    Chicago, IL 60654-4702
17733931     FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17607401  ++++JOHN CANNING,    70 W MADISON ST STE 4600,    CHICAGO IL  60602-4215
              (address filed with court: John Canning,    Three First National Plaza,    Ste. 4600,
              Chicago, IL 60602)
17807102    +JPMorgan Chase Bank, N.A.,    c/o Law Office of Douglas Johnson,    321 N. Clark, 5th Floor,
              Chicago, IL 60654-4769
17607402    +Jp Morgan Chase Bank NA,    7610 W. Washington St,    Indianapolis, IN 46231-1335
17607403    +Kevin Besetzny,    33 N. Dearborn, Ste. 1710,    Chicago, IL 60602-3862
17607404    +Lvnv Funding Llc (Original Creditor,    Po Box 740281,    Houston, TX 77274-0281
17607406    +Nationwide Credit & Co (Original Cr,    815 Commerce Dr Ste 100,    Oak Brook, IL 60523-8839
17607409    +Wff Cards,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17684990    +E-mail/Text: bnc@atlasacq.com Mar 22 2012 02:05:04     Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
17607397    +E-mail/Text: legalcollections@comed.com Mar 22 2012 01:45:54     Commonwealth Edison,
              Attn: Bankruptcy Department,    2100 Swift Drive,    Oak Brook, IL 60523-1559
17717017     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 22 2012 03:01:54     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17607399    +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 22 2012 03:01:54     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
17607408    +E-mail/Text: bnc@nordstrom.com Mar 22 2012 01:31:20     Nordstrom Fsb,    Po Box 6565,
              Englewood, CO 80155-6565
17710642    +E-mail/Text: bnc@nordstrom.com Mar 22 2012 01:31:20     Nordstrom fsb,    P.O. Box 6566,
              Englewood, CO 80155-6566
                                                                                              TOTAL: 6
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17607405*   +Lvnv Funding Llc (Original Creditor,    Po Box 740281,    Houston, TX 77274-0281
17607407*   +Nationwide Credit & Co (Original Cr,    815 Commerce Dr Ste 100,    Oak Brook, IL 60523-8839
17607410*   +Wff Cards,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700
17607394   ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: rgreen              Page 2 of 3              Date Rcvd: Mar 21, 2012
                              Form ID: pdf006           Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 23, 2012**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: rgreen              Page 3 of 3              Date Rcvd: Mar 21, 2012
                              Form ID: pdf006           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2012 at the address(es) listed below:

              Ira  Bodenstein    iratrustee@shawgussis.com,   IL29@ecfcbis.com;sdelamora@shawgussis.com
              Patrick J. Semrad    on behalf of Debtor Fatemeh Hall psemrad@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stephen G Wolfe    on behalf of U.S. Trustee Patrick Layng steve.g.wolfe@usdoj.gov,
               jennifer.r.toth@usdoj.gov
              Thomas G O'Brien    on behalf of Debtor Fatemeh Hall courtdocs@robertjsemrad.com
                                                                                             TOTAL: 5