**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: HALL, FATEMEH | § Case No. 11-31148 |
| HALL, CHRIS C. | § |
| MOHIMI, LLC | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $20,215.00   Assets Exempt: $9,870.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,227.17   Claims Discharged
                                             Without Payment: $459,883.32

Total Expenses of Administration: $1,923.24

---

3) Total gross receipts of $ 10,150.41 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,150.41 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,923.24 | 1,923.24 | 1,923.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 468,694.00 | 169,242.49 | 169,242.49 | 8,227.17 |
| **TOTAL DISBURSEMENTS** | $468,694.00 | $171,165.73 | $171,165.73 | $10,150.41 |

4) This case was originally filed under Chapter 7 on July 29, 2011. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/13/2012          By: /s/Ira Bodenstein
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking acct.: Fifth Third Bank | 1129-000 | 10,150.00 |
| Interest Income | 1270-000 | 0.41 |
| **TOTAL GROSS RECEIPTS** | | **$10,150.41** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 1,765.04 | 1,765.04 | 1,765.04 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| International Sureties,Ltd | 2300-000 | N/A | 8.20 | 8.20 | 8.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,923.24 | $1,923.24 | $1,923.24 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nordstrom fsb | 7100-000 | 3,753.00 | 3,753.18 | 3,753.18 | 182.45 |
| 2 | Atlas Acquisitions LLC | 7100-000 | 13,878.00 | 13,878.27 | 13,878.27 | 674.65 |
| 3 | Discover Bank | 7100-000 | 7,142.00 | 7,142.09 | 7,142.09 | 347.19 |
| 4 | FIA CARD SERVICES, N.A. (B of A) | 7100-000 | 29,665.00 | 29,665.76 | 29,665.76 | 1,442.10 |
| 5 | JPMorgan Chase Bank, N.A. | 7100-000 | 90,106.00 | 83,323.21 | 83,323.21 | 4,050.48 |
| 6 -2 | Canon Financial Services Inc | 7100-000 | 1,000.00 | 7,197.37 | 7,197.37 | 349.88 |
| 7 | Creditone Llc (Original Creditor:Chase Bank | 7100-000 | 24,282.00 | 24,282.61 | 24,282.61 | 1,180.42 |
| NOTFILED | Lvnv Funding Llc (Original Creditor | 7100-000 | 21,047.00 | N/A | N/A | 0.00 |
| NOTFILED | Kevin Besetzny | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credit & Co (Original Cr | 7100-000 | 509.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Case 11-31148   Doc 34   Filed 06/26/12   Entered 06/26/12 10:52:18   Desc Main
Document      Page 5 of 8

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Wff Cards | 7100-000 | 6,442.00 | N/A | N/A | 0.00 |
| NOTFILED | Wff Cards | 7100-000 | 35.00 | N/A | N/A | 0.00 |
| NOTFILED | John Canning Three First National Plaza | 7100-000 | 250,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credit & Co (Original Cr | 7100-000 | 116.00 | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Edison | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 19,719.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $468,694.00 | $169,242.49 | $169,242.49 | $8,227.17 |

Case 11-31148   Doc 34   Filed 06/26/12   Entered 06/26/12 10:52:18   Desc Main
Document      Page 5 of 8

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-31148  
**Case Name:** HALL, FATEMEH  
　　　　　　　　HALL, CHRIS C.  
**Period Ending:** 06/13/12

**Trustee:**　　(330129)　Ira Bodenstein  
**Filed (f) or Converted (c):** 07/29/11 (f)  
**§341(a) Meeting Date:** 08/19/11  
**Claims Bar Date:** 11/22/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | cash | 5.00 | 5.00 | DA | 0.00 | FA |
| 2 | Checking acct.: Fifth Third Bank | 18,150.00 | 10,150.00 | DA | 10,150.00 | FA |
| 3 | savings account: Fifth Third Bank | 10.00 | 10.00 | DA | 0.00 | FA |
| 4 | furniture and appliances | 150.00 | 150.00 | DA | 0.00 | FA |
| 5 | painting created by debtor | 20.00 | 10.00 | DA | 0.00 | FA |
| 6 | clothing | 80.00 | 20.00 | DA | 0.00 | FA |
| 7 | Co debtor pension throught current employer | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | 1999 Mazda 626, approx. 99,000 miles | 1,800.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.41 | Unknown |
| 9 | Assets　Totals (Excluding unknown values) | **$20,215.00** | **$10,345.00** | | **$10,150.41** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**　　December 30, 2011　　**Current Projected Date Of Final Report (TFR):**　　June 30, 2012

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-31148  
**Case Name:** HALL, FATEMEH  
HALL, CHRIS C.  
**Taxpayer ID #:** **-***6411  
**Period Ending:** 06/13/12

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******72-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/22/11 | {2} | Chris Hall | Non exempt funds in bank account | 1129-000 | 10,150.00 | | 10,150.00 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 10,150.02 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,125.02 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,125.10 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,100.10 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,100.18 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,075.18 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,075.25 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,050.25 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,050.33 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,025.33 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,025.41 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,000.41 |
| 02/06/12 | 1001 | International Sureties,Ltd | Pro-rata portion of 2012 bond premium | 2300-000 | | 8.20 | 9,992.21 |
| 04/26/12 | 1002 | Ira Bodenstein | Approved compensation award | 2100-000 | | 1,765.04 | 8,227.17 |
| 04/26/12 | 1003 | Atlas Acquisitions LLC | Ref # XXXXXXXXXXXX7628 | 7100-000 | | 674.65 | 7,552.52 |
| 04/26/12 | 1004 | Canon Financial Services Inc | Payment on allowed claim | 7100-000 | | 349.88 | 7,202.64 |
| 04/26/12 | 1005 | Creditone Llc (Original Creditor:Chase Bank | Ref # XXXX4814 | 7100-000 | | 1,180.42 | 6,022.22 |
| 04/26/12 | 1006 | Discover Bank | Ref # XXXXXXXX9056 | 7100-000 | | 347.19 | 5,675.03 |
| 04/26/12 | 1007 | FIA CARD SERVICES, N.A. (B of A) | Ref # 87 | 7100-000 | | 1,442.10 | 4,232.93 |
| 04/26/12 | 1008 | JPMorgan Chase Bank, N.A. | | 7100-000 | | 4,050.48 | 182.45 |
| 04/26/12 | 1009 | Nordstrom fsb | Ref # XXXXXXXXXXXX8281 | 7100-000 | | 182.45 | 0.00 |

|  | ACCOUNT TOTALS | 10,150.41 | 10,150.41 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 0.00 | |
|  | **Subtotal** | **10,150.41** | **10,150.41** | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$10,150.41** | **$10,150.41** | |

{} Asset reference(s)    Printed: 06/13/2012 03:58 PM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 11-31148 | | **Trustee:** | Ira Bodenstein (330129) |
|---|---|---|---|---|
| **Case Name:** | HALL, FATEMEH | | **Bank Name:** | The Bank of New York Mellon |
| | HALL, CHRIS C. | | **Account:** | 9200-******72-65 - Checking Account |
| **Taxpayer ID #:** | **-***6411 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 06/13/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******72-65** | **10,150.41** | **10,150.41** | **0.00** |
| | $10,150.41 | $10,150.41 | $0.00 |

{} Asset reference(s)         Printed: 06/13/2012 03:58 PM    V.13.02